IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **WILLIAM JOSHUA POTTS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIV. ACT. NO. 1:21-cv-466-TFM-MU |
| | ) |
| **KILOLO KIJAKAZI,** | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM OPINION AND ORDER

On August 26, 2022, the Magistrate Judge issued a Report and Recommendation in this Social Security Appeal in which the Acting Commissioner of Social Security denied Plaintiff William Joshua Potts' claim for supplemental security income benefits. *See* Doc. 28. The Magistrate Judge recommends the Court affirm the decision of the Social Security Administration. Plaintiff timely filed objections and then later filed additional exhibits and character reference letters. *See* Docs. 29, 30, 31. Though the latter filings are untimely, the Court did review them in conjunction with his objections.

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, Plaintiff's objections are overruled and the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1) is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this 14th day of February, 2023.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE