## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **WILLIAM JOSHUA POTTS,** | ) |
| Plaintiff, | ) |
| vs. | ) CIV. ACT. NO. 1:21-cv-466-TFM-MU |
| **KILOLO KIJAKAZI,** Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

## **JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of this Court, it is **ORDERED**, **ADJUDGED**, and **DECREED** that the decision of the Commissioner is AFFIRMED. Judgment is entered in favor of the Defendant Commissioner and against the Plaintiff William Joshua Potts and this case is **DISMISSED with prejudice**.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 14th day of February, 2023.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE